IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOMACH MCGATT, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.: 2:22-cv-00952 |
| | : | |
| VERIZON MARYLAND LLC d/b/a | : | *Re: ECF No. 20* |
| VERIZON, | : | |
| | : | |
| **Defendant.** | : | |

*ORDER APPROVING*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

And now this 27h day of April 2023, it is hereby stipulated by and between the parties

that the above-referenced matter filed by Plaintiff, Momach McGatt, against Defendant, Verizon

Maryland LLC d/b/a Verizon. is hereby voluntarily dismissed with prejudice, with each party

bearing its own attorneys' fees and costs.

/s/ David M. Koller
David M. Koller, Esq.
KOLLER LAW LLC
2043 Locust Street #1B
Philadelphia, PA 19103
davidk@kollerlawfirm.com
*Attorney for Plaintiff*

/s/ Katherine J. McLay
Katherine J. McLay, Esq.
JONES DAY
500 Grant Street, Ste.4500
Pittsburgh, PA 15219
kmclay@jonesdaycom
*Attorney for Defendant*

**IT IS SO ORDERED:**

DATED: 4/28/23

BY: _____ J.